1

2

3

4

5

6  Brian N. Platt (WSBA No. 34089)
   *bplatt@wnlaw.com*
7  **WORKMAN NYDEGGER**
   60 East South Temple, Suite 1000
8  Salt Lake City, Utah 84111
   (801) 533-9800
9

   *Attorneys for Akerson Enterprises LLC dba Kindred Bravely*
10

       **IN THE UNITED STATES DISTRICT COURT**
11

          **WESTERN DISTRICT OF WASHINGTON**
12

13 | AKERSON ENTERPRISES, LLC dba        | **Case No: 24-cv-506**
   | KINDRED BRAVELY,
14 |
   |        *Plaintiff,*                 | **COMPLAINT FOR PATENT
15 |                                     | INFRINGEMENT, FALSE
   | vs.                                 | ADVERTISING, AND VIOLATIONS
16 |                                     | OF WASHINGTON'S CONSUMER
   | SHENZHEN CONGLIN E-COMMERCE         | PROTECTION ACT**
17 | CO., LTD (dba SMARTLIN) and
   | SHENZHEN LUTE INNOVATIONS           | **JURY TRIAL DEMANDED**
18 | TECHNOLOGY CO., LTD. fka SHENZHEN
   | LUTEJIACHENG NETWORK
19 | TECHNOLOGY CO., LTD., aka
   | SHENZHEN LUTEJIACHENG
20 | TECHNOLOGY, CO., LTD. aka
   | SHENZHEN ROOT TECHNOLOGY CO.
21 | LTD. aka SHENZHEN ROOT E-
   | COMMERCE CO., LTD. (collectively dba
22 | MOMCOZY),
   |
23 |        *Defendants.*

24

Plaintiff Akerson Enterprises, LLC dba Kindred Bravely ("Kindred Bravely") hereby asserts claims for infringement of United States Patent No. 10,231,491 ("the '491 Patent") under 35 U.S.C. § 271, for false advertising under 15 U.S.C. § 1125(a), and for unfair competition in violation of Washington's Consumer Protection Act under RCW 19.86.010 against Defendant Shenzhen Conglin E-Commerce Co., Ltd. (dba Smartlin) and Defendant Shenzhen Lute Innovations Technology Co., Ltd., f.k.a. Shenzhen Lutejiacheng Network Technology Co., Ltd., a.k.a. Shenzhen Lutejiacheng Technology, Co., Ltd., a.k.a. Shenzhen Root Technology Co. Ltd., a.k.a. Shenzhen Root E-Commerce Co., Ltd. (collectively dba Momcozy) (collectively "Defendants" or "Momcozy") and alleges as follows:

## SUBJECT MATTER JURISDICTION

1.       This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., over which this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). This is also a civil action for false advertising under 15 U.S.C. § 1125, over which this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). This is also a civil action for a violation of the Washington Consumer Protection Act under RCW 19.86.010, over which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367(a).

## PERSONAL JURISDICTION AND VENUE

2.       This Court has personal jurisdiction over Defendants under Federal Rule of Civil Procedure 4(k)(1)(A) and RCW 4.28.185 because Defendants have: (1) purposefully availed themselves of the rights and benefits of the laws of the State of Washington, (2) transacted, conducted, and/or solicited business and engaged in a persistent course of conduct in the State of Washington (and in this District), (3) derived substantial revenue from sales of the Accused Product (as defined below) in the State of Washington (and in this District), (4) purposefully directed activities (directly and/or through intermediaries), such as shipping, distributing, offering

COMPLAINT AND JURY DEMAND — 2

for sale, selling, and/or advertising the Accused Product, at residents of the State of Washington (and residents in this District), (5) delivered the Accused Product into the stream of commerce with the expectation that the Accused Product will be used and/or purchased by consumers in the State of Washington (and in this District), and (6) committed acts of patent infringement in the State of Washington (and in this District).

3.      By way of illustration, Defendants have purposefully availed themselves of the privilege of conducting commercial activities in Washington through their online sale of the Accused Product and other products through the Amazon.com marketplace, Kindred Bravely's claims arise out of these activities, and this Court's exercise of jurisdiction would be reasonable. On information and belief, Momcozy derives substantial revenue by selling the Accused Product and other products through the Amazon.com marketplace, and as is widely known, Amazon's principal place of business is located in Seattle, Washington. Kindred Bravely's claims arise from and/or relate to Momcozy's sales of products that infringe the '491 Patent through that Amazon.com marketplace. Kindred Bravely's claims also arise from and/or relate to Momcozy's improper manipulation of the Amazon.com ASIN system for product listings in that Amazon.com marketplace.

4.      Alternatively, this Court has personal jurisdiction over Defendants under Federal Rule of Civil Procedure 4(k)(2) because Defendants have not shown that they are subject to jurisdiction in any state's courts of general jurisdiction and Defendants' contacts with the United States as a whole are such that exercising jurisdiction is consistent with the United States Constitution.

5.      Venue is proper in this District under the provisions of 28 U.S.C. § 1391(c)(3) because, as noted above, Defendants are not resident in the United States.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

6. Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose at least in part in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## THE PARTIES

7. Plaintiff Kindred Bravely is a California limited liability company with its principal place of business at 3913 Oceanic Drive, Suite 502, Oceanside, California.

8. Defendant Shenzhen Lute Innovations Technology Co., Ltd., f.k.a. Shenzhen Lutejiacheng Network Technology Co., Ltd., a.k.a. Shenzhen Lutejiacheng Technology, Co., Ltd., a.k.a. Shenzhen Root Technology Co. Ltd., a.k.a. Shenzhen Root E-Commerce Co., Ltd. ("Shenzhen Lute") is a Chinese company with its principal place of business at 2F2-201, Shenzhou Computer Bldg, Madame Curie Ave., Bantian St., Longgang Dist., Shenzhen China 518000.

9. Defendant Shenzhen Conglin E-Commerce Co., Ltd. ("Shenzhen Conglin") is a Chinese company with its principal place of business at 21F, Jinzhonghuan International Business Building, No. 3037, Jintian Road, Fu'an Community, Futian Street, Futian District, Shenzhen, China.

10. Defendant Shenzhen Conglin is a wholly-owned subsidiary of Defendant Shenzhen Lute and acts under the control of and as agent for Shenzhen Lute, doing business on Amazon.com as Amazon Seller "Smartlin."

## BACKGROUND

11. Kindred Bravely is a women's apparel company that specializes in comfortable and stylish clothing for pregnant and nursing mothers.

12. Deeanne and Garret Akerson founded Kindred Bravely in 2015 with a mission to provide maternity and nursing clothes that are not only comfortable and functional, but also stylish and beautiful.

COMPLAINT AND JURY DEMAND — 4

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

13.     Mrs. Akerson's inspiration for starting Kindred Bravely came from her own experiences as a mother, when she struggled to find clothing that fit well and accommodated her changing body.

14.     After giving birth to her second child, Mrs. Akerson realized that there was a gap in the market for maternity and nursing clothing that prioritized both comfort and style. She became determined to create a brand that would cater to the needs of new mothers, providing them with clothing that would not only make them feel comfortable and supported, but also confident and beautiful.

15.     With Mr. Akerson's background in marketing and Mrs. Akerson's deep understanding of the challenges faced by new mothers, Mrs. Akerson set out to create products that would fill this gap in the market. Through extensive research, she designed Kindred Bravely's first line of products, which quickly gained popularity among expecting and nursing mothers.

16.     Since that time, Kindred Bravely has grown into a leading brand in the maternity and nursing clothing market, known for its high-quality products and commitment to social responsibility.

17.     Kindred Bravely has produced numerous innovations in pursuit of providing quality maternity and nursing clothing for mothers. Among the various products designed and developed by Kindred Bravely are nursing garments, or nursing bras, designed to make it easier and more comfortable for women to breastfeed.

18.     Kindred Bravely has secured many patents to protect those innovations, including United States Patent No. 10,231,491 ("the '491 Patent"), which is attached hereto as Exhibit A.

19.     Kindred Bravely is the owner of the '491 Patent, including the right to sue for past infringement, by assignment.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

20.   Figure 1 of the '491 Patent depicts one embodiment of a multi-layer nursing bra described in the '491 Patent:



Fig. 1

21.   In Figure 1, a nursing garment 100, here a nursing bra, is shown. The garment 100 has a pair of breast cups 102, shoulder straps 110, and a chest band 112 that wraps around the torso usually having hooks or fasteners at the back for fastening. ('491 Patent, 5:60–64.) Each of the breast cups 102 has an inner layer 121 and an outer layer 122. ('491 Patent, 6:19–20.) Each layer can be separately opened to permit breastfeeding or breast milk pumping. ('491 Patent, 6:21–23.)

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

For example, the inner layer includes a slit 120 to permit breastfeeding or pumping the milk without removing the inner layer. ('491 Patent, 6:29–31.) The inner layer can also be peeled off for breastfeeding or pumping. ('491 Patent, 6:22-24, 51-53.) Each layer can be separately closed as well. ('491 Patent, 6:22-23.)

22.    The '491 Patent claims a variety of configurations of this multi-layered nursing bra with a variety of clasp configurations to allow the layers to be opened and closed. Figure 6 of the '491 Patent illustrates one exemplary embodiment of the invention where a clasp located on the shoulder strap has two hooks 108 to which clips associated with the inner layer 121 and the outer layer 122 can be attached ('491 Patent, 8:15-19):



Fig. 6

23.    Claim 16 of the '491 Patent reads as follows:

A multi-layered nursing garment, comprising:

a breasts support having a pair of breast cups, shoulder straps and a chest
   band, where said breast cups include at least two different layers,
   including an inner layer and an outer layer;

COMPLAINT AND JURY DEMAND — 7

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

a clasp is configured for attaching both of the two different layers, said clasp

comprising two hooks;

a first clip that is configured for attaching the outer layer with a first hook

arranged on the clasp,

a second clip is configured for attaching the inner layer with a second hook

arranged on the clasp, and

a slit on the inner layer,

wherein, the outer layer is removable for selective breastfeeding from the

breast cups through the slit on the inner layer.

24.   Claim 17 of the '491 Patent reads as follows:

The multi-layered nursing garment of claim 16, wherein the clasp is located on the

shoulder strap.

25.   Defendants are Chinese companies that sell maternity and infant-care products to

consumers in the United States under the name "Momcozy," primarily through online outlets such

as Amazon.com, Walmart.com, and the Momcozy.com website.

26.   Among the products that Momcozy sells to U.S. consumers is a multi-layered

nursing bra that is at least sometimes referred to as the Upgraded 4-in-1 Pumping Bra Hands Free,

Original CozyFitClasp Pumping and Nursing Bra ("Upgraded 4-in-1 Bra with CozyFitClasp" or

"Accused Product"). Momcozy refers to its bra as a "4-in-1" bra because it can be used as a

pumping bra, a nursing bra, a maternity bra, and an everyday bra.

27.   Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp infringes Claims 16 and 17 of

the '491 Patent.

28.   Defendants sell Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp in the United

States, including in the state of Washington and in this District.

COMPLAINT AND JURY DEMAND — 8

29.     Momcozy sells products through the Amazon.com marketplace and derives substantial revenue from sales of its products made through the Amazon.com marketplace. Momcozy also sells products to U.S. consumers—such as the Accused Product—through other online outlets, including its own website momcozy.com.

30.     Momcozy began selling the Upgraded 4-in-1 Bra with CozyFitClasp through the Amazon.com marketplace in approximately January 2024. At that time, Momcozy had to create Amazon Standard Identification Numbers ("ASINs") with which to sell the Accused Product on Amazon.com—creating different ASINs for different sizes of the Accused Product.

31.     When Momcozy created ASINs for the Accused Product, it did so by designating at least three of the ASINs for the Accused Product as children of a parent ASIN associated with a different bra ("the Non-Upgraded 4-in-1 Bra"). By doing this, Defendants made it seem to consumers that the Upgraded 4-in-1 Bra with CozyFitClasp had approximately 1700 reviews and the 4.2 star rating associated with the parent ASIN, when in reality those reviews and that rating were primarily associated with the Non-Upgraded 4-in-1 Bra  and when in reality the Upgraded 4-in-1 Bra with CozyFitClasp had no reviews and no rating at all, in violation of Amazon's ASIN variation policy.

32.     As detailed more fully below, Defendants' deceptive conduct in this regard was consistent with Defendants' earlier deceptive conduct using that same parent ASIN. In 2019 and 2020, Defendants used that parent ASIN for breastmilk storage bags. In 2020 and 2021, Defendants then used that same parent ASIN for a sleep sack, in violation of Amazon's ASIN variation policy. In approximately April 2022, Defendants then used that same parent ASIN to sell the non-Upgraded 4-in-1 Bra, again in violation of Amazon's ASIN variation policy.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

33.     As a result of Defendants' conduct, the ASINs for Defendants' Accused Product not only inherit reviews and ratings of the Non-Upgraded 4-in-1 Bra, but also those of separate unrelated products.

**FIRST CAUSE OF ACTION**
**Patent Infringement – Direct Infringement of the '491 Patent**
**35 U.S.C. § 271 et seq**

34.     Kindred Bravely incorporates and realleges paragraphs 1–33 as if fully set forth herein.

35.     On March 19, 2019, the United States Patent and Trademark Office duly and legally issued the '491 Patent. A true and correct copy of the '491 Patent is attached as Exhibit A.

36.     Kindred Bravely owns the '491 Patent, as well as the right to sue for past infringement, by assignment.

37.     As just one non-limiting example, set forth below is an exemplary infringement claim chart comparing Claim 16 of the '491 Patent with Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp. This claim chart is based on publicly available information, and Kindred Bravely reserves the right to modify this claim chart, including, for example, on the basis of information about the Momcozy Upgraded 4-in-1 Bra with CozyFitClasp that Kindred Bravely obtains in discovery.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

| CLAIM TERM | ACCUSED PRODUCT (Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
|---|---|
| 16.  A **multi-layered nursing garment**, comprising: |  https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

| CLAIM TERM | ACCUSED PRODUCT<br>(Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
| --- | --- |
| a breasts support having **a pair of breast cups**, **shoulder straps** and **a chest band**, | <br><br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

| CLAIM TERM | ACCUSED PRODUCT<br>(Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
|---|---|
| where **said breast cups** include at least two different layers, including an <span style="color:green">inner layer</span> and an <span style="color:purple">outer layer</span>; | <br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |
| **a clasp is configured for attaching both of the two different layers,** said **clasp comprising two hooks**; | <br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

COMPLAINT AND JURY DEMAND — 13

| CLAIM TERM | ACCUSED PRODUCT<br>(Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
|---|---|
| **a first clip is configured for attaching the outer layer with a first hook arranged on the clasp,** | <br><br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |
| **a second clip is configured for attaching the inner layer with a second hook arranged on the clasp, and** | <br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

| CLAIM TERM | ACCUSED PRODUCT<br>(Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
|---|---|
| **a slit on the inner layer,** | <br><br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

| CLAIM TERM | ACCUSED PRODUCT<br>(Momcozy Upgraded 4-in-1 Bra with CozyFitClasp) |
|---|---|
| **wherein, the outer layer is removeable for selective breastfeeding from the breast cups through the slit on the inner layer.** | <br>https://momcozy.com/products/upgraded-4-in-1-pumping-bra-hands-free-original-cozyfitclasp-pumping |

38.     Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp literally infringes Claim 16 of the '491 Patent because Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp satisfies every limitation of Claim 16 of the '491 Patent as illustrated in the claim chart above, and Momcozy directly infringes Claim 16 of the '491 Patent under 35 U.S.C. § 271(a) because Momcozy sells, offers to sell, and imports that product in the United States.

39.     Alternatively, Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp infringes Claim 16 of the '491 Patent under the doctrine of equivalents. Each feature of Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp performs substantially the same function as its corresponding element in Claim 16, in substantially the same way, to produce substantially the same result. Alternatively, each feature of Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp is insubstantially different from its corresponding element in Claim 16.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

40.    Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp also infringes Claim 17 of the '491 Patent, and Momcozy directly infringes Claim 17 of the '491 Patent because the clasp required by Claim 16 in Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp is located on the shoulder strap of Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp, as Claim 17 further requires.

41.    On information and belief, Momcozy's infringement of the '491 Patent is willful because Momcozy (a) had actual knowledge (including willful blindness) of the '491 Patent prior to the service of this Complaint and (b) engaged in its infringing activity despite knowledge (including willful blindness) that its actions constituted infringement of the '491 Patent.

42.    At the very least, Momcozy's infringement of the '491 Patent after the service of this Complaint is willful because Momcozy (a) now has actual knowledge of the '491 Patent and (b) continues to engage in its infringing activity despite knowledge (including willful blindness) that its ongoing actions constitute infringement of the '491 Patent.

43.    Kindred Bravely is entitled to recover from Momcozy all damages that Kindred Bravely has sustained as a result of Momcozy's infringement of the '491 Patent in all sales channels, including, without limitation, lost profits and/or a reasonable royalty under 35 U.S.C. § 284.

44.    Because Momcozy's infringement of the '491 Patent was and continues to be willful and deliberate, Kindred Bravely is also entitled to enhanced damages under 35 U.S.C. § 284.

45.    Momcozy's infringement of the '491 Patent is exceptional and entitles Kindred Bravely to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

46.     Momcozy's infringement of the '491 Patent has caused irreparable harm to Kindred Bravely and will continue to do so unless enjoined by this Court in all sales channels, entitling Kindred Bravely to preliminary and permanent injunctive relief under 35 U.S.C. § 283.

<u>**SECOND CAUSE OF ACTION**</u>
**False Advertising – Amazon Review Hijacking**
**15 U.S.C. § 1125(a)**

47.     Kindred Bravely incorporates and realleges paragraphs 1–33 as if fully set forth herein.

48.     Defendants have improperly manipulated the Amazon ASIN system for product listings to wrongfully attribute and use product reviews and product ratings for fundamentally different products. In addition, Defendants have improperly manipulated the Amazon ASIN system for product listings to wrongfully attribute and use product reviews and product ratings for prior versions of the Accused Product.

49.     For example, Defendants currently sell the "Small" size of the Accused Product under Amazon ASIN B0CQP9H54P, as depicted below:



Amazon ASIN No. B0CQP9H54P

COMPLAINT AND JURY DEMAND — 18

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

50.     Defendants also sell the "Large" size of the Accused Product using Amazon ASIN B0CQP9KLYL, the "XX-Large" size of the Accused Product using Amazon ASIN B0CQPCL9KT, and the "3X-Large" size of the Accused Product using Amazon ASIN B0CQPDLNTN.

51.     When Defendants started selling the Accused Product in approximately January 2024, Defendants designated at least Amazon ASINs B0CQP9H54P, B0CQP9KLYL, and B0CQPCL9KT as child ASINs for a parent ASIN (number unknown) ("The Parent ASIN") that was then being used as a parent ASIN for a group of child ASINs associated with Defendants' Non-Upgraded 4-in-1 Bra. At that time, The Parent ASIN was associated with approximately 1700 reviews and a 4.2 star rating.

52.     By designating Amazon ASINs B0CQP9H54P, B0CQP9KLYL, and B0CQPCL9KT as child ASINs for The Parent ASIN, Defendants associated and used the reviews and rating of The Parent ASIN with the Accused Product, when in reality those reviews and that rating were associated with the Non-Upgraded 4-in-1 Bra (and with previous products with which The Parent ASIN had been used) and when in reality the Upgraded 4-in-1 Bra with CozyFitClasp had no reviews and no rating at all.

53.     Defendants have also recently associated ASIN B0CQPDLNTN as a child ASIN for The Parent ASIN.

54.     Defendants' designation of Amazon ASINs B0CQP9H54P, B0CQP9KLYL, B0CQPCL9KT, and B0CQPDLNTN as child ASINs of The Parent ASIN associated with the Non-Upgraded 4-in-1 Bra violated Amazon's ASIN variation policy, which prohibits "[a]dding incorrect child variations that are not true variations of the parent product," which "includes but is not limited to: [1] Adding products that are fundamentally different from the parent ASIN, [2] Adding product images and/or names that are fundamentally different from the parent ASIN, [and]

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1   [3]  Adding  products  that  are  newer  versions  or  models  of  the  parent  ASIN."

2   https://sellercentral.amazon.com/help/hub/reference/201844590 (attached hereto as Exhibit B).

3       55.     Moreover,  on  information  and  belief,  in  2019  through  2021,  Defendants

4   previously sold other products fundamentally different from the Non-Upgraded 4-in-1 Bra and

5   fundamentally different from the Accused Product using The Parent ASIN, including breastmilk

6   storage bags in 2019 and 2020 and a sleep sack in December 2020 and January 2021, as detailed

7   below.

8       56.     Amazon customer reviews now associated with The Parent ASIN (and therefore

9   also now associated with child ASINs such as with ASIN B0CQP9H54P) evidence the sale of a

10  sleep sack under The Parent ASIN in at least December 2020 and January 2021:

11

12   Kace

13  ★★★★★  **Great quality**
    Reviewed in the United States on December 3, 2020

14  **Verified Purchase**
    I tried a few 2.5 tog sleep sacks and this one is my favorite for my 6 month old. He wears a 12-18

15  months in Carters brand clothes and that is the size I bought. It fits great. No gaping holes around the
    neck or arms. Its thick yet soft and breathable. I really love that you can release the hem when your

16  baby gets too long for it.

17

18  NE

19  ★★★★★  **Perfect sleep bag**
    Reviewed in the United States on December 12, 2020

20  **Verified Purchase**
    I really love the fabric on this sleep bag- it's breathable but stays so cozy. It's working great for our 10

21  month old.

22

23

24

COMPLAINT AND JURY DEMAND — 20                         WORKMAN NYDEGGER
                                                       60 E. South Temple, Ste 1000
                                                       Salt Lake City, Utah 84111
                                                       (801) 533-9800



Wendy

★★★★★ **Very good quality sleeping sack**

Reviewed in the United States on December 28, 2020

**Verified Purchase**

Very nice and breathable material. In the package, they also includes a free laundry bag. The sleeping bag is not as thick as I preferred, but it's good enough for its price.

---

sophie wickham

★★★★★ **Great quality, soft and fluffy**

Reviewed in the United States on December 30, 2020

This sleep sack definitely exceeded my expectations! It's soft and warm without overheating the baby. Seems to be made very well.

---

pamela

★★★★★ **Safe, warm and cozy**

Reviewed in the United States on January 3, 2021

**Verified Purchase**

I love this sleep sack!! I didn't know what to use to keep my baby warm as blankets are no safe at all specially when babies start grabbing things and putting them on their mouths... Now my little one sleeps very warm (and safe) even though he uses to have cold feet and hands just like me. He started using it after transitioning from swaddle and it helps keeping him asleep. He knows is time to sleep when I put him on the sack.

He's 4 months, 28 inches, 18 pounds and I bought the 12 months size, which give him a lot of room to grow without being giant. The only downside is that the color has fade a bit after the second wash, but it still looks cute. This is one of the best baby purchases I've made through Amazon.



WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1
2
3
4
5
6
7
8
9
10



Lilia M.

⭐⭐⭐⭐⭐  **Magical sleep sack**
Reviewed in the United States on January 29, 2021
**Verified Purchase**

Must buy!!! I am so excited to write this review. Let me first say that I have tried several different expensive sleep sacks (different fabrics too) which did not work and my baby did not like any of them. My baby was having a hard time sleeping through the night. We live in the desert so during the summer season it's super hot and in the winter time it can get very chilly. I tried the fleece sleep sacks and he would get too hot in them. I tried a cotton sleep sack and he wasn't quite warm enough. So finally I found this muslin sleep sack and decided to give it a try. Winner! The fabric is so soft and plush. It's not too thick or thin. It feels amazing and is super comfy. Both my husband and I say we wish we had a blanket like this. My son loves it! He sleeps so comfortable in it and sleeps all through the night now. In the summer my son just wears a short sleeve onesie underneath. In the winter he wears a long sleeve footless onesie or long sleeve onesie and some jammie pants underneath. I'll put some socks on him too on chilly nights. I really wished I found this sooner. It also has the option for baby to wear putting legs through once they are standing/walking. I highly recommend. This by far is the best sleep sack and so very affordable.

11
12
13
14

https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews&pageNumber=1&filterByKeyword=sleep

15
16

     57.     Amazon customers provided photographs of the products being reviewed in these reviews, which appear to be Momcozy-branded baby sleep sacks:

17
18
19
20
21
22
23
24

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16   https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-

17   reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews

18   &pageNumber=1&filterByKeyword=sleep

19          58.      In addition, customer reviews now associated with The Parent ASIN (and also now

20   associated with the child ASINs such as with ASIN B0CQP9H54P) evidence the sale of breastmilk

21   storage bags under The Parent ASIN in 2019 and 2020:

22
23
24

COMPLAINT AND JURY DEMAND — 23                                    WORKMAN NYDEGGER
                                                                 60 E. South Temple, Ste 1000
                                                                 Salt Lake City, Utah 84111
                                                                 (801) 533-9800

1

2

Fgarcia16

3

★★★★☆   **Overall good quality milk bags.**

Reviewed in the United States on January 14, 2019

**Verified Purchase**

4

Received these milk bags free for my honest review. They are a little thicker plastic than I am used to.

It looks like the edges are sealed with heat to melt the plastic. I put two ounces in each bag. Like other

5

milk bags the measurements are off on the bag, but I wasn't too worried about that since I measure

before I fill them anyways. They freeze well and didn't leak while I thawed in warm milk. Overall good

6

bags that I would recommend. Giving 4 stars because there isn't much room to write information on

ounces/date/time or name for if you bring the milk somewhere.

7

8



9

10

https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-

11

reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews

12

&pageNumber=1&filterByKeyword=milk

13

14

 Dan & Mandi

15

★★★★★   **Thick, sturdy bags. Great for home freezing.**

Reviewed in the United States on January 19, 2019

16

These bags are nice. They are seemingly good quality and a large size. I really like that the safety seal is

perforated and tears easily. They seem thicker and more sturdy than theLasinoh ones I normally use.

17

They stand up to be filled and lay flat for freezing. My cons are that there's no space to write in the oz

and when filled, the lines aren't exactly accurate on how much milk is inside (i.e. 4oz looked more like

18

3-3.5oz) I only use bags for storage at home so this isn't a big deal for me personally. I would

recommend the bags overall and I'd say just note the oz somewhere on the top.

19

20



21

22

23

24

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1   https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-

2   reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews

3   &pageNumber=1&filterByKeyword=milk+bags

 **Maria Espeut**

★☆☆☆☆ **False advertising**
Reviewed in Canada on December 6, 2019
**Verified Purchase**

Like previous reviewer I also received 6oz bags (100 of them) and the only reason I purchased this is because it was advertised as 8oz. Not impressed

 **Brandon**

★☆☆☆☆ **Cheating-didn't get what I ordered**
Reviewed in Canada on November 29, 2019
**Verified Purchase**

I ordered 8oz breastmilk storage bags,120pc but look what i got -100pc of 6oz bags. This is not right. So disappointed and will never order this again.



 **Amazon Customer**

★☆☆☆☆ **Disappointing**
Reviewed in Canada on February 18, 2020
**Verified Purchase**

It does not hold 8oz. The bag does not have enough room to expand to 8oz. Secondly, the material is very crunchy. Will not be ordering more.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800



**Can-dice**

★★★★★  **Great price**

Reviewed in Canada on December 14, 2019

**Verified Purchase**

Was A bit skeptical after reading reviews that bags weren't as advertised but not sure what happened for those people but I got exactly what the description said 8oz bags. I'm very happy with my purchase

https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews&pageNumber=1&filterByKeyword=8oz

59.    Amazon customers provided photographs of the products being reviewed in these reviews, which appear to be Momcozy-branded breastmilk storage bags:



WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24





WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1      https://www.amazon.com/Momcozy-Upgraded-Original-CozyFitClasp-Wearable/product-

2      reviews/B0CQP9H54P/ref=cm_cr_arp_d_viewopt_kywd?ie=UTF8&reviewerType=all_reviews

3      &pageNumber=1&filterByKeyword=8oz

4          60.    Defendants' use of the Momcozy sleep sack with the Parent ASIN in December

5 2020 and January 2021 constituted the use of The Parent ASIN with a fundamentally different

6 product when compared to Defendants' original milk bag product, in violation of Amazon's

7 policies.

8          61.    Defendants' use of the Non-Upgraded 4-in-1 Bra with The Parent ASIN in

9 approximately April 2022 constituted the use of The Parent ASIN with a fundamentally different

10 product when compared to Defendants' sleep sack and when compared to the Defendants' original

11 milk bag product, in violation of Amazon's policies.

12          62.    Defendants' association of the child ASINs for the Upgraded 4-in-1 Bra with The

13 Parent ASIN in approximately January 2024 constituted the use of The Parent ASIN (and its

14 associated reviews and rating) with a fundamentally different product when compared to

15 Defendants' sleep sack and when compared to the Defendant's original milk bag product, in

16 violation of Amazon's policies.

17          63.    In addition, Defendants' association of the child ASINs for the Upgraded 4-in-1

18 Bra with The Parent ASIN in approximately January 2024 constituted the use of The Parent ASIN

19 (and its associated reviews and rating) with a fundamentally different product when compared to

20 Defendants' Non-Upgraded 4-in-1 Bra and/or with a newer version or model when compared to

21 Defendants' Non-Upgraded 4-in-1 Bra, in violation of Amazon's policies.

22          64.    To avoid a negative customer experience, Amazon's terms of use require the

23 creation of a new product listing and ASIN for each new product.

24

65.     Amazon internal algorithms are weighted heavily toward products with numerous reviews and product ratings. This can lead dishonest and unscrupulous sellers to engage in "review hijacking" of Amazon product listings, where a seller utilizes an old product listing (with numerous reviews and product listings) to sell a new product.

66.     In cases of review hijacking, an unscrupulous seller will update an Amazon ASIN product detail page to match the new product and/or will associate the new product with the old product's parent ASIN as a child ASIN of the parent ASIN. The reviews for the old product—in this case, milk bags, sleep sacks, and/or the Non-Upgraded 4-in-1 Bra—remain with the ASIN and/or are associated with the parent ASIN.

67.     Consumers are deceived and misled by review hijacking because they believe the numerous positive reviews and ratings are associated with the product they are purchasing when, in fact, the reviews and ratings are associated with a prior product.

68.     Defendants did not create a new ASIN for their sleep sack product (but instead used The Parent ASIN) because they wanted consumers to believe that the product ratings and reviews for the milk bags were associated with their sleep sack product.

69.     Defendants associated child ASINs for their Non-Upgraded 4-in-1 Bra with The Parent ASIN because they wanted consumers to believe that the product ratings and reviews for the milk bags and sleep sacks were associated with their Non-Upgraded 4-in-1 Bra.

70.     Defendants associated child ASINs for the Accused Product with The Parent ASIN because they wanted consumers to believe that the product ratings and reviews for the milk bags, sleep sacks, and Non-Upgraded 4-in-1 Bra were associated with their Upgraded 4-in-1 Bra.

71.     This practice has been described by the FTC as an "unfair or deceptive act or practice" and "the making of false advertisements, in or affecting commerce . . . ." *See In Matter*

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

*of The Bountiful Company*, 222-3019, Complaint, *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/222-3019-The-Bountiful-Company-final-consent-without-signatures.pdf, at 7.

72.     Defendants took this action to improperly leverage positive product reviews and ratings for different products to gain an unfair advantage over Plaintiff and Defendants' other competitors, including achieving a much higher placement on search result listings due to the artificially inflated number of consumer reviews.

73.     A higher ranking for the Accused Products on Amazon's search results and a higher placement on search result listings provides a competitive advantage to Defendants.

74.     Defendants' manipulation of the ASIN system of product reviews and product ratings and use of those manipulated reviews and ratings constitutes false and deceptive advertising and a violation of the Lanham Act because those actions constitute the use in commerce of a device, false or misleading descriptions of fact, and/or false or misleading representations of fact which (a) are likely to cause confusion, or to cause mistake, or to deceive as to the approval of Defendants' goods by another person and/or (b) in commercial advertising or promotion, misrepresent the nature, characteristics, and/or qualities of Defendants' goods or commercial activities.

75.     Defendants' manipulation of the ASIN system results in false statements concerning Defendants' products—that is, statements that are literally false or impliedly false, i.e., likely to mislead consumers.

76.     On information and belief, those false and misleading statements have actually deceived consumers or have a tendency to deceive a substantial segment of Defendants' audience.

77.     Defendants' deception is likely to influence the purchasing decision of consumers because, among other reasons, consumers rely on ratings and reviews in making their purchasing decisions.

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

78.     Defendants' misleading conduct has injured Plaintiff by, among other things, diverting sales of Plaintiff's competing products.

**THIRD CLAIM FOR RELIEF**
**Violation of Washington Consumer Protection Act**
**RCW 19.86.010**

79.     Plaintiff incorporates and realleges paragraphs 1-33 and 47-78 as if fully set forth herein.

80.     Defendants' review hijacking of Amazon ASINs and its associated false advertising constitutes an unfair method of competition and unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

81.     Defendants' review hijacking of Amazon ASINs and its associated false advertising harms the public interest by deceiving customers about the market success, origins, and/or sponsorship of the Defendants' products.

82.     Defendants' review hijacking of Amazon ASINs and its associated false advertising directly and proximately causes harm to Plaintiff's business and brand and damages its business and property interests and rights.

83.     Accordingly, Plaintiff seeks to enjoin further violations of RCW 19.86.020 and recover from Defendants their actual damages, trebled, together with their attorneys' fees and costs.

**PRAYER FOR RELIEF**

WHEREFORE, Kindred Bravely respectfully requests:

A.     A Judgment in favor of Kindred Bravely that Momcozy's Upgraded 4-in-1 Bra with CozyFitClasp infringes Claims 16 and 17 of the '491 Patent literally or under the doctrine of equivalents, that Defendants directly infringe the '491 Patent, and that such infringement is willful;

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1  B.  A Judgment in favor of Kindred Bravely that Defendants' review hijacking of

2 Amazon ASINs and associated false advertising violate 15 U.S.C. § 1125(a);

3  C.  A Judgment in favor of Kindred Bravely that Defendants' review hijacking of

4 Amazon ASINs and associated false advertising violate the Washington Consumer Protection Act

5 RCW 19.86.020;

6  D.  An order and judgment preliminarily and permanently enjoining Defendants, their

7 officers, agents, servants, employees and attorneys, and other persons in active concert or

8 participation with Defendants, and their parents, subsidiaries, affiliates, divisions, successors and

9 assigns, from further infringement of Claims 16 and 17 of the '491 Patent;

10  E.  An order and judgment preliminarily and permanently enjoining Defendants, their

11 officers, agents, servants, employees and attorneys, and other persons in active concert or

12 participation with Defendants, and their parents, subsidiaries, affiliates, divisions, successors and

13 assigns, from further violating 15 U.S.C. § 1125(a) and Washington Consumer Protection Act

14 RCW 19.86.020, including an injunction prohibiting Defendants from designating ASINs for the

15 Accused Product as children of The Parent ASIN, and for reasonable funds for corrective

16 advertising to correct Defendants' misleading advertising;

17  F.  An award of damages sufficient to compensate Kindred Bravely for Defendants'

18 infringement under 35 U.S.C. § 284, including an enhancement of damages on account of

19 Defendants' willful infringement;

20  G.  That the case be found exceptional under 35 U.S.C. § 285 and that Kindred

21 Bravely be awarded its reasonable attorneys' fees;

22  H.  That the Court enter an order requiring Defendants to pay all general, special, and

23 actual damages which Kindred Bravely has sustained, or will sustain as a consequence of

24 Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein,

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

together with statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, and/or otherwise allowed by law;

I.      A judgment that this is an exceptional case, pursuant to 15 U.S.C. § 1117, together with an award of Kindred Bravely's reasonable attorneys' fees;

J.      An award of costs of the suit, including reasonable attorneys' fees, pursuant to RCW 19.86.090;

K.      Any other remedy to which Kindred Bravely may be entitled, including all remedies provided for in 15 U.S.C. § 1117 *et seq.* or RCW 19.86.020;

L.      Costs and expenses in this action;

M.      An award of prejudgment and post-judgment interest; and

N.      Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Kindred Bravely demands a trial by jury on all claims and defenses so triable.

Dated: April 15, 2024            Respectfully submitted,

WORKMAN NYDEGGER

By:   */s/ Brian N. Platt*
                Brian N. Platt

*Attorneys for Akerson Enterprises LLC dba Kindred Bravely*

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800