UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKERSON ENTERPRISES LLC, | CASE NO. 24-cv-00506 |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| SHENZHEN CONGLIN E-COMMERCE CO. LTD. et al , | |
| Defendants. | |

Defendants' motion to dismiss certain claims comes before the Court. Dkt. No. 16. After Defendants moved to dismiss, Plaintiff Akerson Enterprises LLC filed an amended complaint, and Defendants answered it. Dkt. Nos. 21; 25. Because "an amended complaint supersedes the original complaint and renders it without legal effect," Defendants' motion to dismiss is moot. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) ("Courts often apply this rule to motions to dismiss a complaint that has since been superseded and deny such motions as moot." (citation omitted)).

Accordingly, the Court DENIES Defendants' motion to dismiss certain claims as moot. Dkt. No. 16.

ORDER DENYING MOTION TO DISMISS AS MOOT - 1

IT IS SO ORDERED.

Dated this 30th day of May, 2025.

                                                                                    _____
Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTION TO DISMISS AS MOOT - 2