# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AKERSON ENTERPRISES LLC dba KINDRED BRAVELY,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN CONGLIN E-COMMERCE CO., LTD (dba SMARTLIN) and SHENZHEN LUTE INNOVATIONS TECHNOLOGY CO., LTD. fka SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., aka SHENZHEN LUTEJIACHENG TECHNOLOGY, CO., LTD. aka SHENZHEN ROOT TECHNOLOGY CO. LTD. aka SHENZHEN ROOT E-COMMERCE CO., LTD. (collectively dba MOMCOZY),<br><br>*Defendants*. | Case No: 2:24-cv-506-JNW<br><br>**STIPULATED MOTION AND ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 18, 2025** |

## STIPULATION

Plaintiff Akerson Enterprises LLC dba Kindred Bravely ("Plaintiff") and Defendants Shenzhen Conglin E-Commerce Co., Ltd and Shenzhen Lute Innovations Technology Co., Ltd. ("Defendants") hereby notify the Court that the Parties have reached a tentative agreement that would resolve all of the outstanding claims in this litigation. The Parties are in the process of

---

*STIPULATION TO STAY PENDING SETTLEMENT* — 1
(Case No. 2:24cv506-JNW)

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

1  finalizing the settlement agreement between them and anticipate finalizing their agreement within
2  30 days. The Parties jointly request a stay of these proceedings and all associated deadlines for 30
3  days pending completion of the settlement between them.
4      If the parties are unable to complete their settlement, they agree to file a joint status report
5  on or before September 15, 2025. Accordingly, Plaintiff and Defendants respectfully move the
6  Court to stay the case pending settlement through September 15, 2025, together with a stay of all
7  deadlines.
8      STIPULATED this 18th day of August, 2025.

Respectfully submitted,

WORKMAN NYDEGGER

By:  /s/ Brian N. Platt
      Brian N. Platt

*Attorneys for Plaintiff*
*Akerson Enterprises LLC dba Kindred Bravely*

ARÊTE LAW GROUP PLLC

By:  /s/ Jeremy E. Roller
      Jeremy E. Roller

*Attorneys for Defendants*
*Shenzhen Conglin E-Commerce Co., Ltd*
*and Shenzhen Lute Innovations Technology Co., Ltd*

*STIPULATION TO STAY PENDING SETTLEMENT* — 2
(Case No. 2:24cv506-JNW)

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800

**ORDER**

IT IS SO ORDERED that the Parties' Stipulated Motion to Stay Proceedings Pending Settlement is GRANTED. This case and all associated deadlines are hereby stayed through September 15, 2025, pending the Parties completion of their settlement agreement. If the Parties are unable to complete their settlement agreement by September 15, 2025, they shall file a Joint Status Report with the Court on or before that date.

DATED this 20th day of August, 2025.

Hon. Jamal N. Whitehead
United States District Judge

Presented by:

WORKMAN NYDEGGER

By:  /s/ Brian N. Platt
        Brian N. Platt

*Attorneys for Plaintiff*
*Akerson Enterprises LLC dba Kindred Bravely*

ARÊTE LAW GROUP PLLC

By:  /s/ Jeremy E. Roller
        Jeremy E. Roller

*Attorneys for Defendants*
*Shenzhen Conglin E-Commerce Co., Ltd*
*and Shenzhen Lute Innovations Technology Co., Ltd.*

STIPULATION TO STAY PENDING SETTLEMENT — 3
(Case No. 2:24cv506-JNW)

WORKMAN NYDEGGER
60 E. South Temple, Ste 1000
Salt Lake City, Utah 84111
(801) 533-9800