Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AKERSON ENTERPRISES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CONGLIN E-COMMERCE CO., LTD and SHENZHEN LUTE INNOVATIONS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No: 2:24-cv-506-JNW<br><br>**STATUS REPORT AND STIPULATED MOTION AND ORDER FOR CONTINUED STAY OF PROCEEDINGS PENDING SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 12, 2025 |

## STATUS REPORT

Further to the Court's Order dated August 20, 2025 (Dkt. No. 37), Plaintiff Akerson Enterprises LLC dba Kindred Bravely ("Plaintiff") and Defendants Shenzhen Conglin E-Commerce Co., Ltd and Shenzhen Lute Innovations Technology Co., Ltd. ("Defendants") submit this status report and request for continued stay relating to ongoing settlement efforts.

## STIPULATION

Plaintiff and Defendants have reached a tentative agreement that would resolve all of the outstanding claims in this litigation. The Parties are in the process of finalizing the settlement agreement between them, have made substantial progress since filing their first stipulated motion for stay, and anticipate finalizing their agreement within 30 days. The Parties jointly request a

STATUS REPORT AND STIPULATION TO
CONTINUED STAY PENDING SETTLEMENT — 1
(Case No. 2:24cv506-JNW)

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

continued stay of these proceedings and all associated deadlines for an additional 30 days pending completion of the settlement between them.

If the parties are unable to complete their settlement, they agree to file a joint status report on or before October 17, 2025. Accordingly, Plaintiff and Defendants respectfully move the Court to stay the case pending settlement through October 17, 2025, together with a stay of all deadlines.

STIPULATED this 12th day of September, 2025.

Respectfully submitted,

WORKMAN NYDEGGER

By:  /s/ Brian N. Platt
         Brian N. Platt

*Attorneys for Plaintiff*
*Akerson Enterprises LLC dba Kindred Bravely*

ARÊTE LAW GROUP PLLC

By:  /s/ Jeremy E. Roller
         Jeremy E. Roller

*Attorneys for Defendants*
*Shenzhen Conglin E-Commerce Co., Ltd*
*and Shenzhen Lute Innovations Technology Co., Ltd.*

*STATUS REPORT AND STIPULATION TO*
*CONTINUED STAY PENDING SETTLEMENT* — 2
(Case No. 2:24cv506-JNW)



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ORDER**

IT IS SO ORDERED that the Parties' Stipulated Motion to Stay Proceedings Pending Settlement is GRANTED. This case and all associated deadlines are hereby stayed through October 17, 2025, pending the Parties' completion of their settlement agreement. If the Parties are unable to complete their settlement agreement by October 17, 2025, they shall file a Joint Status Report with the Court on or before that date.

DATED this 16th day of September, 2025.

Hon. Jamal N. Whitehead
United States District Judge

Presented by:

WORKMAN NYDEGGER

By: /s/ Brian N. Platt
 Brian N. Platt

*Attorneys for Plaintiff*
*Akerson Enterprises LLC dba Kindred Bravely*

ARÊTE LAW GROUP PLLC

By: /s/ Jeremy E. Roller
 Jeremy E. Roller

*Attorneys for Defendants*
*Shenzhen Conglin E-Commerce Co., Ltd*
*and Shenzhen Lute Innovations Technology Co., Ltd.*

STATUS REPORT AND STIPULATION TO
CONTINUED STAY PENDING SETTLEMENT — 3
(Case No. 2:24cv506-JNW)



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250